Rulie ELLIOTT, Movant, v. Homer VINYARD, Opposed.

Court of Appeals of Kentucky.

May 9, 1944.

Adrian H. Terrell for movant.

W. V. Eaton, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

Harles VANDERPOOL et al., Movants, v. GOOSE CREEK MINING CO. et al., Opposed.

Court of Appeals of Kentucky.

May 16, 1944.

C. A. Noble for movant.

Howard & Mayo, opposed.

PER CURIAM.

Judgment affirmed.

Hector JOHNSON, Movant, v. John DUNCIL, Opposed.

Court of Appeals of Kentucky.

May 26, 1944.

J. R. Llewellen and Hector Johnson for movant.

C. P. Moore, opposed.

PER CURIAM.

Judgment sustaining demurrer and dismissing petition in action to recover automobile and damages for its detention. Motion for appeal denied; judgment affirmed.